**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1513**

_____

In re: AKIL DORSEY, a/k/a Thomas Michael Reed, a/k/a Kil Dorsey,

　　　　Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:07-cr-00404-PJM-1; 8:16-cv-01673-PJM)

_____

Submitted:  August 22, 2024                                    Decided:  August 26, 2024

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Akil Dorsey, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Akil Dorsey petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion.  Dorsey seeks an order from this court directing the district court to act.  However, upon review, the present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*